# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

November 21, 2017

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1640
New York, New York 10007

    Re:    **United States v. Sandeep Aggarwal**
             **No. 13 Cr. 884 (CM)**

Dear Judge McMahon:

        We represent Defendant Sandeep Aggarwal in the above-referenced action. Mr. Aggarwal pled guilty in November 2013 and, as referenced in the Government's letters dated September 12, 2017, Mr. Aggarwal is cooperating with the Government. On July 13, 2017, the Court approved an arrangement with the Government that permitted Mr. Aggarwal to live with his family in India until the date of his sentencing, which was scheduled for October 17, 2017.

        Subsequently, Mr. Aggarwal's sentencing was rescheduled for November 29, 2017. On September 12, 2017, the Government requested that Mr. Aggarwal's sentencing be adjourned because, among other reasons, Mr. Aggarwal's cooperation may not be complete, and the Government may seek to use Mr. Aggarwal's testimony in *United States v. Richard Lee*, 13 Cr. 539 (PGG). This Court adjourned sentencing and placed the matter on the calendar for January 10, 2018 for an update. We therefore respectfully request that the Court allow Mr. Aggarwal to remain in India until January 10, 2018. The Government consents to this request.

        Thank you for your consideration of this request.

                                                               Respectfully submitted,

                                                               Sean P. Casey

Cc:    Brendan Quigley, Assistant U.S. Attorney (by ECF)